1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

```
MICHAEL CALVIN HOLMES,              )    NO. CV 09-4519-JSL(E)
                                    )
            Petitioner,             )
                                    )
     v.                             )    JUDGMENT
                                    )
PEOPLE OF THE STATE OF CALIFORNIA,  )
et al.,                             )
                                    )
                                    )
            Respondent.             )
_____)
```

    Pursuant to the "Order Denying and Dismissing Petition Without Prejudice," the Petition is denied and dismissed without prejudice.

        DATED: June 30, 2009.

                                    *[signature: Spencer Letts]*
                        _____
                                    J. SPENCER LETTS
                              UNITED STATES DISTRICT JUDGE